**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-10770-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Shawn D. Anderson<br>7912 Route 36<br>Leeper PA 16233 | Stacey L. Anderson<br>7912 Route 36<br>Leeper PA 16233 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2017.

Name and Address of Alleged Transferor(s):

Claim No. 9: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/16/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Shawn D. Anderson
Stacey L. Anderson
    Debtors

Case No. 13-10770-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: amaz                    Page 1 of 1                  Date Rcvd: Feb 14, 2017
                           Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
13749737       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James  Warmbrodt     on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
         Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 6