## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHAWN D. ANDERSON                                  Case No. 13-10770TPA
STACEY L. ANDERSON

        Debtor(s)
RONDA J. WINNECOUR,                                Chapter 13
Standing Chapter 13 Trustee,

        Movant                               Document No __
      vs.
AFNI INC**++

        Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S MAILING ADDRESS FOR PAYMENTS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

AFNI INC**++                                       Court claim# 5/Trustee CID# 35
404 BROCK DR
POB 3667
BLOOMINGTON, IL 61702-3667

The Movant further certifies that on 04/06/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

        /s/ Ronda J. Winnecour
        RONDA J WINNECOUR PA ID #30399
        CHAPTER 13 TRUSTEE WD PA
        600 GRANT STREET
cc:  debtor(s)                                     SUITE 3250 US STEEL TWR
    original creditor                            PITTSBURGH, PA  15219
    putative creditor                            (412) 471-5566
    counsel for debtor(s)                        cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
SHAWN D. ANDERSON, STACEY L.
ANDERSON, 7912 ROUTE 36,
LEEPER, PA  16233

:
VERIZON, 500 TECHNOLOGY DR STE
30, WELDON SPRING, MO  63304

NEW CREDITOR:

ORIGINAL CREDITOR:
AFNI INC**++, 404 BROCK DR, POB
3667, BLOOMINGTON, IL
61702-3667

DEBTOR'S COUNSEL:
PAUL W MCELRATH JR ESQ,
MCELRATH LEGAL HOLDINGS LLC,
1641 SAW MILL RUN BLVD,
PITTSBURGH, PA  15210