**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/06/2018

IN RE:

SHAWN D. ANDERSON
STACEY L. ANDERSON
7912 ROUTE 36
LEEPER, PA 16233
XXX-XX-4452        Debtor(s)

XXX-XX-2492

Case No.13-10770 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/6/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 340.11<br>COMMENT: OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9403 |
| **JPMORGAN CHASE BANK**<br>ATTN BANKRUPTCY PAYMENT PRCSNG<br>3415 VISION DR<br>COLUMBUS, OH  43219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CHASE/PL*DKT4PMT-LMT*BGN 7/13 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6283 |
| **AARGON AGENCY INC***<br>8668 SPRING MOUNTAIN RD<br><br>LAS VEGAS, NV  89117-4113 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 1,004.03<br>COMMENT: 8093/SCH*BLACK HILLS NEBRASKA GA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2492 |
| **AFNI INC****++**<br>404 BROCK DR<br>POB 3667<br>BLOOMINGTON, IL  61702-3667 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: VERIZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1660 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 8,342.61<br>COMMENT: REPO*NO$/SCH*DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2117 |
| **GREAT WESTERN BANK**<br>PO BOX 234<br><br>WATERTOWN, SD  57201 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 785.26<br>COMMENT: STALE~!TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2492 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY  14702-1132 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CLARION IMAGE CARE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8961 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY  14702-1132 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8962 |
| **CENTRAL PENN GAS++**<br>POB 71208<br><br>PHILADELPHIA, PA  19176 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1173 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...2931 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0290 |
| **FINGERHUT DIR MKTNG INC/CIT\*\***<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...9202 |
| **TITUSVILLE AREA HOSPITAL**<br>406 WEST OAK ST<br>TITUSVILLE, PA  16354 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 3,047.00<br>COMMENT: HY0G/SCH*2008 DEBT~STALE DEBT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2492 |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8960 |
| **METABANK/FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...9202 |
| **METABANK/FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9202 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0244 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...9684 |
| **FIRST UNITED NATIONAL BANK**<br>PO BOX 7<br>FRYBURG, PA  16326 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0619 |
| **FIRST UNITED NATIONAL BANK**<br>PO BOX 7<br>FRYBURG, PA  16326 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...1350 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account |
|---|---|---|
| **GM FINANCIAL**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...5716 |
| **HOME LOAN SERVICING INC**<br>150 ALLEGHENY CENTER MALL<br>IDC-24-050<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...7393 |
| **HSBC TAXPAYER FINCL SVCS/FKA**<br>HOUSEHOLD TAX MASTERS<br>90 CHRISTIANA RD<br>NEW CASTLE, DE 19720 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...7393 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3001 |
| **STERLING INC DBA KAY JEWELERS**<br>ATTN: BANKRUPTCY DEPT<br>375 GHENT ROAD<br>AKRON, OH 44333 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...9029 |
| **MERCHANTS CREDIT ADJUST**<br>4005 S 148TH ST<br><br>OMAHA, NE 68137 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYCHECK ADVANCE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8453 |
| **PNC BANK FORMERLY NATIONAL CITY BANK\*\***<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2548 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONAL FUEL GAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4157 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*UPMC PHYS SRVCS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2663 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4675 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5775 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0001 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0002 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0004 |
| **AFNI INC**++**<br>404 BROCK DR<br>POB 3667<br>BLOOMINGTON, IL 61702-3667 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 119.10<br>COMMENT: VERIZON*STALE~BAD ADR*NTC-RSV*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4416 |
| **SAXON MRTG SVCS/FKA MERITECH****<br>ATTN: BANKRUPTCY DEPT*<br>4708 MERCANTILE DR N*<br>FT WORTH, TX 76137 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH*REPO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8563 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,268.86<br>COMMENT: SEARS-CITI*FR CITIBANK-DOC 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0873 |
| **SPARTAN FINANCIAL SERVICE**<br>13730 S POINT BLVD STE B<br><br>CHARLOTTE, NC 28273 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3292 |
| **SPARTAN FINANCIAL SERVICE**<br>13730 S POINT BLVD STE B<br><br>CHARLOTTE, NC 28273 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1676 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0787 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*UPMC NORTHWEST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8179 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NORTHWEST EMERGENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5720 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4945 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1997 |
| **JPMORGAN CHASE BANK**<br>ATTN BANKRUPTCY PAYMENT PRCSNG<br>3415 VISION DR<br>COLUMBUS, OH 43219 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,462.63<br>COMMENT: C7GOV*THRU 6/13*1260@CHASE/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6283* |
| **ASSET ACCEPTANCE LLC ASSIGNEE FIRST ENE**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 374.15<br>COMMENT: NT/SCH*PENELEC*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6564 |

Case 13-10770-TPA   Doc 48   Filed 04/06/18   Entered 04/06/18 12:34:34   Desc
Page 7 of 7