IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Shawn D. Anderson | ) | Case No.: 13-10770TPA |
| Stacey L. Anderson | ) | Chapter 13 |
|     Debtors | ) | |
| _____) | | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 4 |
| Trustee, | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     Vs. | ) | |
| Asset Acceptance LLC assignee First | ) | |
| Energy – Penelec | ) | |
|     Respondent(s) | ) | |

AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading with attached Notice of Hearing and proposed Order of Court upon the following, by regular United States mail, postage prepaid:

Shawn D. Anderson
Stacey L. Anderson
7912 Route 36
Leeper, PA  16233

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA  15210

Asset Acceptance LLC
Assignee First Energy – Penelec
P. O. Box 2036
Warren, MI  48090

Rion B. Needs, CEO
Asset Acceptance Capital Corp.
28405 Van Dyke Avenue
Warren, MI  48093

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


4-11-2018                                              /S/ Amy T. Sabedra

Case 13-10770-TPA    Doc 51    Filed 04/11/18    Entered 04/11/18 11:08:16    Desc Main
Document    Page 2 of 2

Date                                        Administrative Assistant
                                            Office of the Chapter 13 Trustee
                                            US Steel Tower – Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            412) 471-5566
                                            cmecf@chapter13trusteewdpa.com