IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Shawn D. Anderson ) | Case No.: 13-10770TPA |
| Stacey L. Anderson ) | Chapter 13 |
|     Debtors ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 5 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Afni, Inc. ) | |
|     Respondent(s) ) | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. 5

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on April 11, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Notice of Hearing, responses to the Trustee's Objection were to be filed and served no later than May 14, 2018.

5-16-2018                                    /s/ Ronda J. Winnecour
                                                      Ronda J. Winnecour
                                                      Chapter 12 Trustee PA I.D.#30399
                                                      U.S. Steel Tower- Suite 3250
                                                      600 Grant Street
                                                      Pittsburgh PA  15219
                                                      cmecf@chapter13trusteewdpa.com