IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Shawn D. Anderson<br>Stacey L. Anderson<br>    Debtors | Case No.: 13-10770TPA<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>Vs.<br>Asset Acceptance LLC assignee First Energy – Penelec<br>    Respondent(s) | Related to Claim No. 4<br>Rel to Doc No. 49 |

## ORDER OF COURT

AND NOW, this __18th__ day of __May__, 2018, upon consideration of the Trustee's Objection to Claim No. 4 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 4 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____
U.S. Bankruptcy Judge   ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                            Case No. 13-10770-TPA
Shawn D. Anderson                                                                                 Chapter 13
Stacey L. Anderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz                   Page 1 of 1                   Date Rcvd: May 18, 2018
                               Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db/jdb         +Shawn D. Anderson,    Stacey L. Anderson,    7912 Route 36,    Leeper, PA 16233-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13714577       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 19 2018 01:38:23      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6