FILED
5/18/18 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Shawn D. Anderson | ) | Case No.:  13-10770TPA |
| Stacey L. Anderson | ) | Chapter 13 |
|     Debtors | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 5 |
| Trustee, | ) | |
| | ) | |
|     Movant, | ) | Rel to Doc No. 52 |
| | ) | |
|      Vs. | ) | |
| Afni, Inc. | ) | |
|     Respondent(s) | ) | |

ORDER OF COURT

AND NOW, this __18th__ day of _____May_____, 2018, upon consideration of the Trustee's Objection to Claim No. 5 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 5 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____
U.S. Bankruptcy Judge   **ljm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-10770-TPA
Shawn D. Anderson                                                         Chapter 13
Stacey L. Anderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz              Page 1 of 1              Date Rcvd: May 18, 2018
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db/jdb          +Shawn D. Anderson,    Stacey L. Anderson,    7912 Route 36,    Leeper, PA 16233-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13718112        +E-mail/Text: EBNProcessing@afni.com May 19 2018 01:38:40      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13658044        +E-mail/Text: EBNProcessing@afni.com May 19 2018 01:38:40      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner**
**shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social**
**Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required**
**by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 6