```
                                                          FILED
        IN THE UNITED STATES BANKRUPTCY COURT             5/18/18 3:41 pm
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA          CLERK
                                                          U.S. BANKRUPTCY
                                                          COURT - WDPA
```

In re:                                )
Shawn D. Anderson                     )    Case No.: 13-10770TPA
Stacey L. Anderson                    )    Chapter 13
    Debtors                         )
_____)
Ronda J. Winnecour, Chapter 13        )    Related to Claim No. 8
Trustee,                              )
                                      )
    Movant,                         )    Rel to Doc No. 54
                                      )
    Vs.                             )
Great Western Bank                    )
    Respondent(s)                   )

### ORDER OF COURT

AND NOW, this __18th__ day of __May__, 2018, upon consideration of the Trustee's Objection to Claim No. 8 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 8 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_[signature]_
U.S. Bankruptcy Judge    **ljm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Shawn D. Anderson
Stacey L. Anderson
    Debtors

Case No. 13-10770-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: amaz        Page 1 of 1        Date Rcvd: May 18, 2018
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.
db/jdb       +Shawn D. Anderson,   Stacey L. Anderson,   7912 Route 36,   Leeper, PA 16233-3638
13744762     +Great Western Bank,   P.O. Box 234,   Watertown, SD 57201-0234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2018 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com
        James Warmbrodt   on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.   on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.   on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                                           TOTAL: 6