FILED
7/26/18 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:   13-10770-TPA |
| | : | |
| Shawn D. Anderson | : | Chapter:    13 |
| Stacey L. Anderson | : | |
| *Debtor(s).* | : | |
| | : | Date:    7/25/2018 |
| | : | Time:    10:00 |

### PROCEEDING MEMO

**MATTER:** #65 Motion to Dismiss Case
#67 Resp. by Debtor

**APPEARANCES:**
Debtor:   Fred Freitag
Trustee:   Jana Pail

**NOTES:**

Freitag:   Wage attachment in place.

Pail:   Trustee is receiving various amounts, usually $660. One more payment ($385) needed. Long term continuing debt to resume in September.

**OUTCOME:**   Continued to 9/19/18 at 10am MOE

*/s/ signature*
vas