# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  SHAWN D. ANDERSON<br>STACEY L. ANDERSON<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>SHAWN D. ANDERSON<br>STACEY L. ANDERSON<br><br>    Respondents | Case No.13-10770TPA<br><br>Chapter 13<br><br>Document No. 72 |

FILED
8/27/18 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __27th__ day of __August__, 20_18_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Allegheny Wood Products
Attn : Payroll Manager
Pob 867
Petersburg, WV 26847

is hereby ordered to immediately terminate the attachment of the wages of SHAWN D. ANDERSON, social security number XXX-XX-4452. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHAWN D. ANDERSON.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Shawn D. Anderson  
Stacey L. Anderson  
    Debtors

Case No. 13-10770-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: amaz      Page 1 of 1      Date Rcvd: Aug 27, 2018  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.  
db/jdb          +Shawn D. Anderson,    Stacey L. Anderson,    7912 Route 36,    Leeper, PA 16233-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:  
            Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION  
             andygornall@latouflawfirm.com  
            James Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION  
             bkgroup@kmllawgroup.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,  
             donotemail.ecfbackuponly@gmail.com  
            Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,  
             donotemail.ecfbackuponly@gmail.com  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                TOTAL: 6