FILED
8/27/18 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-10770TPA |
| Shawn D. Anderson | ) | |
| Stacey L. Anderson | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc # __65 and 71__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| Shawn D. Anderson | ) | |
| Stacey L. Anderson | ) | |
|     Respondent | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on June 26, 2018 (document #65) is hereby WITHDRAWN. Therefore, the hearing scheduled for September 19, 2018, is hereby cancelled.

Respectfully submitted

8/23/18

/s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED

August 27, 2018

ljm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-10770TPA |
| Shawn D. Anderson | ) | |
| Stacey L. Anderson | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
|     Vs. | ) | |
| Shawn D. Anderson | ) | |
| Stacey L. Anderson | ) | |
|     Respondent | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

**All parties on attached mailing matrix**

| | |
|---|---|
| 8/23/18 | /S/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-10770-TPA
Shawn D. Anderson                                                               Chapter 13
Stacey L. Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz              Page 1 of 3           Date Rcvd: Aug 27, 2018
                               Form ID: pdf900         Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
```
db/jdb         +Shawn D. Anderson,    Stacey L. Anderson,    7912 Route 36,    Leeper, PA 16233-3638
cr              JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA 71203
13682612       +Aargon Agency As Agent For Black Hills Nebraska Ga,    Black Hills Nebraska Gas Utility Co,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13658043       +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13743575       +Andrew F. Gornall, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13658046        Cb Watertown,    Po Box 234,    Watertown, SD 57201-0234
13673496       +Central Penn Gas,    Po Box 71208,    Philadelphia, PA 19176-6208
13658049       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13658048       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13749737       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13673500        Clarion Image,    P.O. Box 4035,    Buffalo, NY 14240
13673501       +Clarion Image Care Inc.,    P.O. Box 506,    Clarion, PA 16214-0506
13673504       +Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13658055       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13658056       +First United Natl Bank,    Po Box 7,    Fryburg, PA 16326-0007
13658058       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13744762       +Great Western Bank,    P.O. Box 234,    Watertown, SD 57201-0234
13658059      +++HOME LOAN SERVICES,    100 S COMMONS STE 150,    PITTSBURGH PA 15212-5359
                (address filed with court:   Home Loan Services,    150 Allegheny Center Mal,
                 Pittsburgh, PA 15212)
13658060       +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
13658061       +I.C. Systems, Inc.,    P.O. Box 64378,    St Paul, MN 55164-0378
13742906       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13658063       +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
13658064       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13658066        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13673521       +Payday Cash Advance,    74 Boardman-Poland Road,    Boardman, OH 44512-4602
13658068       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13658069       +Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
13658070       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13658071       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13658072       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
13658073        UGI Central Penn Gas,    PO Box 548,    Lock Haven, PA 17745
13673531        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13658074       +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2018 02:19:43
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13718112       +E-mail/Text: EBNProcessing@afni.com Aug 28 2018 02:10:39      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13658044       +E-mail/Text: EBNProcessing@afni.com Aug 28 2018 02:10:39      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13658045       +E-mail/Text: ally@ebn.phinsolutions.com Aug 28 2018 02:09:43       Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13677158       +E-mail/Text: ally@ebn.phinsolutions.com Aug 28 2018 02:09:43       Ally Financial Inc.,
                 P O Box 130424,    Roseville, MN 55113-0004
13714577       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 28 2018 02:10:23       Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13658047       +E-mail/Text: matthartweg@cbjcredit.com Aug 28 2018 02:11:05       Cbj Credit Recovery,
                 117 W 4th St,    Jamestown, NY 14701-5005
13658050       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 02:10:57       Cit/Fhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13658052       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2018 02:19:46       Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13673505       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 02:10:57       Fingerhut/Metbk,
                 Post Office Box 166,    Newark, NJ 07101-0166
13673508       +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:20:19      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13658057       +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:19:58      Gecrb/Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
13658062       +E-mail/Text: BKRMailOPS@weltman.com Aug 28 2018 02:09:55      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13673517       +E-mail/Text: Bankruptcy@natfuel.com Aug 28 2018 02:10:29      National Fuel,    P.O. Box 2081,
                 Erie, PA 16512-2081
13658065       +E-mail/Text: bankruptcydepartment@tsico.com Aug 28 2018 02:10:59       Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
```

```
District/off: 0315-1           User: amaz                  Page 2 of 3                  Date Rcvd: Aug 27, 2018
                               Form ID: pdf900             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13741200        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:20:03
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,   Norfolk, VA  23541
13740845        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:31:56
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
14364378        E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2018 02:10:08
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13667564        E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2018 02:19:43
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13673527       +E-mail/Text: chopkins@titusvillehospital.org Aug 28 2018 02:09:52    Titusville Area Hospital,
                 406 West Oak Street,    Titusville, PA 16354-1499
13673530       +E-mail/Text: BankruptcyNotice@upmc.edu Aug 28 2018 02:10:58    UPMC Northwest,
                 100 Fairfield Drive,   Seneca, PA 16346-2130
13673532       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:37
                 Verizon,   P.O. Box 3037,   Bloomington, IL 61702-3037
13673533       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:37
                 Verizon Wireless,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13658053         Fhut/Metbk
13658054         Fhut/Webbk
cr*              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13673491*       +Aargon Agency Inc,   8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13673492*       +Afni, Inc.,   Po Box 3427,   Bloomington, IL 61702-3427
13673493*       +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
13673494*        Cb Watertown,   Po Box 234,   Watertown, SD 57201-0234
13673495*       +Cbj Credit Recovery,   117 W 4th St,   Jamestown, NY 14701-5005
13673497*       +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13673498*       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13673499*       +Cit/Fhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
13673502*       +Collection Service Ctr,   689 N Nermitage Road,    Hermitage, PA 16148-3237
13673503*       +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13673506*       +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13673507*       +First United Natl Bank,   Po Box 7,   Fryburg, PA 16326-0007
13673509*       +Gecrb/Old Navy,   Po Box 965005,   Orlando, FL 32896-5005
13673510*       +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13673511*     ++++HOME LOAN SERVICES,   100 S COMMONS STE 150,    PITTSBURGH PA 15212-5359
                 (address filed with court:  Home Loan Services,    150 Allegheny Center Mal,
                 Pittsburgh, PA 15212)
13673512*       +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
13673513*       +I.C. Systems, Inc.,   P.O. Box 64378,   St Paul, MN 55164-0378
13673514*       +Kay Jewelers,   375 Ghent Rd,   Fairlawn, OH 44333-4600
13673515*       +Merchants Credit Adjst,   4005 S 148th St,   Omaha, NE 68137-5561
13673516*       +National City Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8003
13673518*       +Nco Fin/09,   507 Prudential Rd,   Horsham, PA 19044-2308
13673519*        Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13673520*       +Northwest Cons Disco,   Po Box 1109,   Franklin, PA 16323-5109
13673522*       +Pinnacle Credit Servic,   7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13673523*       +Saxon Mortgage Service,   4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
13673524*       +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13673525*       +Spartan Financial Svc,   13730 S Point Blvd,   Charlotte, NC 28273-7715
13673526*       +State Collection Servi,   2509 S Stoughton Rd,    Madison, WI 53716-3314
13673528*        UGI Central Penn Gas,   PO Box 548,   Lock Haven, PA 17745
13673529*       +United Collect Bur Inc,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
13658051       ##+Collection Service Ctr,   689 N Nermitage Road,    Hermitage, PA 16148-3237
13658067       ##+Northwest Cons Disco,   Po Box 1109,   Franklin, PA 16323-5109
                                                                                 TOTALS: 2, * 31, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1          User: amaz              Page 3 of 3          Date Rcvd: Aug 27, 2018
                              Form ID: pdf900         Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James  Warmbrodt     on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```