Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Shawn D. Anderson** : | Case No. 13−10770−TPA |
| **Stacey L. Anderson** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 79 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/9/19 at 12:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this ***The 31st of October, 2018***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 79 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)  ***On or before December 17, 2018***, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on ***January 9, 2019 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-10770-TPA
Shawn D. Anderson                                                     Chapter 13
Stacey L. Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar                Page 1 of 3           Date Rcvd: Oct 31, 2018
                              Form ID: 300b             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
```
db/jdb         +Shawn D. Anderson,    Stacey L. Anderson,    7912 Route 36,   Leeper, PA 16233-3638
cr              JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr Attn Correspond Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
13682612       +Aargon Agency As Agent For Black Hills Nebraska Ga,    Black Hills Nebraska Gas Utility Co,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13658043       +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13743575       +Andrew F. Gornall, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13658046        Cb Watertown,    Po Box 234,    Watertown, SD 57201-0234
13673496       +Central Penn Gas,    Po Box 71208,    Philadelphia, PA 19176-6208
13658049       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13658048       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13749737       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13673500        Clarion Image,    P.O. Box 4035,    Buffalo, NY 14240
13673501       +Clarion Image Care Inc.,    P.O. Box 506,    Clarion, PA 16214-0506
13673504       +Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13658055       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13658056       +First United Natl Bank,    Po Box 7,    Fryburg, PA 16326-0007
13658058       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13744762       +Great Western Bank,    P.O. Box 234,    Watertown, SD 57201-0234
13658059      +++HOME LOAN SERVICES,    100 S COMMONS STE 150,    PITTSBURGH PA  15212-5359
               (address filed with court: Home Loan Services,    150 Allegheny Center Mal,
                 Pittsburgh, PA 15212)
13658060       +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
13658061       +I.C. Systems, Inc.,    P.O. Box 64378,    St Paul, MN 55164-0378
13742906       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13658063       +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
13658064       +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13658066        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13673521       +Payday Cash Advance,    74 Boardman-Poland Road,    Boardman, OH 44512-4602
13658068       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13658069       +Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
13658070       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13658071       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13658072       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
13658073        UGI Central Penn Gas,    PO Box 548,    Lock Haven, PA 17745
13673531        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13658074       +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2018 03:11:14
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13718112       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 03:14:26      Afni, Inc,   PO Box 3667,
                 Bloomington, IL 61702-3667
13658044       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 03:14:26      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13658045       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2018 03:13:06      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13677158       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2018 03:13:06      Ally Financial Inc.,
                 P O Box 130424,    Roseville, MN 55113-0004
13714577       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 01 2018 03:14:06      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13658047       +E-mail/Text: matthartweg@cbjcredit.com Nov 01 2018 03:15:13      Cbj Credit Recovery,
                 117 W 4th St,    Jamestown, NY 14701-5005
13658050       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 01 2018 03:14:58      Cit/Fhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13658052       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2018 03:11:13      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13673505       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 01 2018 03:14:58      Fingerhut/Metbk,
                 Post Office Box 166,    Newark, NJ 07101-0166
13673508       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 03:11:02      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13658057       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 03:11:42      Gecrb/Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
13658062       +E-mail/Text: BKRMailOPS@weltman.com Nov 01 2018 03:13:24      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13673517       +E-mail/Text: Bankruptcy@natfuel.com Nov 01 2018 03:14:14      National Fuel,   P.O. Box 2081,
                 Erie, PA 16512-2081
13658065       +E-mail/Text: bankruptcydepartment@tsico.com Nov 01 2018 03:15:03      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
```

```
District/off: 0315-1          User: lmar              Page 2 of 3              Date Rcvd: Oct 31, 2018
                              Form ID: 300b           Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13741200       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 03:27:52
                Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA  23541
13740845       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 03:26:37
                Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
14364378       E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2018 03:13:42
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13667564       E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2018 03:12:35
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13673527       E-mail/Text: krandall@titusvillehospital.org Nov 01 2018 03:13:04    Titusville Area Hospital,
                406 West Oak Street,   Titusville, PA 16354-1404
13673530      +E-mail/Text: BankruptcyNotice@upmc.edu Nov 01 2018 03:14:59    UPMC Northwest,
                100 Fairfield Drive,   Seneca, PA 16346-2130
13673532      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 03:13:02
                Verizon,   P.O. Box 3037,   Bloomington, IL 61702-3037
13673533      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 03:13:02
                Verizon Wireless,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13658053        Fhut/Metbk
13658054        Fhut/Webbk
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13673491*      +Aargon Agency Inc,   8668 Spring Mountain Rd,   Las Vegas, NV 89117-4132
13673492*      +Afni, Inc.,   Po Box 3427,   Bloomington, IL 61702-3427
13673493*      +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
13673494*       Cb Watertown,   Po Box 234,   Watertown, SD 57201-0234
13673495*      +Cbj Credit Recovery,   117 W 4th St,   Jamestown, NY 14701-5005
13673497*      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13673498*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13673499*      +Cit/Fhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
13673502*      +Collection Service Ctr,   689 N Nermitage Road,   Hermitage, PA 16148-3237
13673503*      +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13673506*      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13673507*      +First United Natl Bank,   Po Box 7,   Fryburg, PA 16326-0007
13673509*      +Gecrb/Old Navy,   Po Box 965005,   Orlando, FL 32896-5005
13673510*      +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13673511*    ++++HOME LOAN SERVICES,   100 S COMMONS STE 150,   PITTSBURGH PA 15212-5359
                (address filed with court: Home Loan Services,   150 Allegheny Center Mal,
                Pittsburgh, PA 15212)
13673512*      +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
13673513*      +I.C. Systems, Inc.,   P.O. Box 64378,   St Paul, MN 55164-0378
13673514*      +Kay Jewelers,   375 Ghent Rd,   Fairlawn, OH 44333-4600
13673515*      +Merchants Credit Adjst,   4005 S 148th St,   Omaha, NE 68137-5561
13673516*      +National City Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8003
13673518*      +Nco Fin/09,   507 Prudential Rd,   Horsham, PA 19044-2308
13673519*       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13673520*      +Northwest Cons Disco,   Po Box 1109,   Franklin, PA 16323-5109
13673522*      +Pinnacle Credit Servic,   7900 Highway 7 # 100,   Saint Louis Park, MN 55426-4045
13673523*      +Saxon Mortgage Service,   4708 Mercantile Dr N,   Fort Worth, TX 76137-3605
13673524*      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13673525*      +Spartan Financial Svc,   13730 S Point Blvd,   Charlotte, NC 28273-7715
13673526*      +State Collection Servi,   2509 S Stoughton Rd,   Madison, WI 53716-3314
13673528*       UGI Central Penn Gas,   PO Box 548,   Lock Haven, PA 17745
13673529*      +United Collect Bur Inc,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
13658051       ##+Collection Service Ctr,   689 N Nermitage Road,   Hermitage, PA 16148-3237
13658067       ##+Northwest Cons Disco,   Po Box 1109,   Franklin, PA 16323-5109
                                                                                 TOTALS: 2, * 31, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1          User: lmar               Page 3 of 3         Date Rcvd: Oct 31, 2018
                              Form ID: 300b            Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```