**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHAWN D. ANDERSON
STACEY L. ANDERSON
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:13-10770 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/17/2013 and confirmed on 8/23/13 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,615.00 |
| Less Refunds to Debtor | 309.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,305.76 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,181.00 | |
|    Trustee Fee | 1,721.60 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,902.60 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 36,741.09 | 0.00 | 36,741.09 |
|     Acct: 6283 | | | | |
|   JPMORGAN CHASE BANK | 1,462.63 | 1,462.63 | 0.00 | 1,462.63 |
|     Acct: 6283 | | | | |
| | | | | 38,203.72 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 1,031.66 | 1,031.66 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN D. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN D. ANDERSON | 309.24 | 309.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 1,149.34 | 1,149.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 340.11 | 27.20 | 0.00 | 27.20 |
|     Acct: 9403 | | | | |
|   AARGON AGENCY INC\* | 1,004.03 | 80.27 | 0.00 | 80.27 |
|     Acct: 2492 | | | | |
|   AFNI INC\*\*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1660 | | | | |
|   ALLY FINANCIAL(\*) | 8,342.61 | 666.98 | 0.00 | 666.98 |
|     Acct: 2117 | | | | |
|   GREAT WESTERN BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2492 | | | | |
|   CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8961 | | | | |
|   CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX8962 | | | | |
| CENTRAL PENN GAS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1173 | | | | |
| TITUSVILLE AREA HOSPITAL | 3,047.00 | 243.60 | 0.00 | 243.60 |
| Acct: 2492 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8960 | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9202 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3001 | | | | |
| MERCHANTS CREDIT ADJUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8453 | | | | |
| PNC BANK FORMERLY NATIONAL CITY B | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2548 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4157 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2663 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4675 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5775 | | | | |
| AFNI INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4416 | | | | |
| SAXON MRTG SVCS/FKA MERITECH**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8563 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 2,268.86 | 181.39 | 0.00 | 181.39 |
| Acct: 0873 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3292 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1676 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0787 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8179 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5720 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4945 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1997 | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE FIR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6564 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2931 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0290 | | | | |
| FINGERHUT DIR MKTNG INC/CIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9202 | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9202 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0244 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9684 | | | | |
| FIRST UNITED NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0619 | | | | |
| FIRST UNITED NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX1350 | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5716 | | | | |
| HOME LOAN SERVICING INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7393 | | | | |
| HSBC TAXPAYER FINCL SVCS/FKA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7393 | | | | |
| STERLING INC DBA KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9029 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0002 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0004 | | | | |
| | | | | 1,199.44 |

TOTAL PAID TO CREDITORS                                                                39,403.16

TOTAL
CLAIMED           0.00
PRIORITY      1,462.63
SECURED      15,002.61

Date: 10/29/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    SHAWN D. ANDERSON<br>    STACEY L. ANDERSON<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:13-10770 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                              BY THE COURT:

                                                              _____
                                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-10770-TPA
Shawn D. Anderson                                                   Chapter 13
Stacey L. Anderson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: lmar              Page 1 of 3            Date Rcvd: Oct 31, 2018
                            Form ID: pdf900         Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
```
db/jdb         +Shawn D. Anderson,    Stacey L. Anderson,    7912 Route 36,    Leeper, PA 16233-3638
cr              JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,     Chase Records Ctr Attn Correspond Mail,
                 Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA 71203
13682612       +Aargon Agency As Agent For Black Hills Nebraska Ga,    Black Hills Nebraska Gas Utility Co,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13658043       +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13743575       +Andrew F. Gornall, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13658046        Cb Watertown,    Po Box 234,   Watertown, SD 57201-0234
13673496       +Central Penn Gas,    Po Box 71208,   Philadelphia, PA 19176-6208
13658049       +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13658048       +Chase,    Po Box 24696,   Columbus, OH 43224-0696
13749737       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13673500        Clarion Image,    P.O. Box 4035,   Buffalo, NY 14240
13673501       +Clarion Image Care Inc.,    P.O. Box 506,   Clarion, PA 16214-0506
13673504       +Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13658055       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13658056       +First United Natl Bank,    Po Box 7,   Fryburg, PA 16326-0007
13658058       +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
13744762       +Great Western Bank,    P.O. Box 234,   Watertown, SD 57201-0234
13658059      +++HOME LOAN SERVICES,    100 S COMMONS STE 150,    PITTSBURGH PA 15212-5359
                (address filed with court:  Home Loan Services,    150 Allegheny Center Mal,
                  Pittsburgh, PA 15212)
13658060       +Hsbc/Rs,    90 Christiana Rd,   New Castle, DE 19720-3118
13658061       +I.C. Systems, Inc.,    P.O. Box 64378,   St Paul, MN 55164-0378
13742906       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13658063       +Merchants Credit Adjst,    4005 S 148th St,   Omaha, NE 68137-5561
13658064       +National City Bank,    1 Financial Pkwy,   Kalamazoo, MI 49009-8003
13658066        Nco Fin/55,    Po Box 13570,   Philadelphia, PA 19101
13673521       +Payday Cash Advance,    74 Boardman-Poland Road,    Boardman, OH 44512-4602
13658068       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13658069       +Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
13658070       +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13658071       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13658072       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
13658073        UGI Central Penn Gas,    PO Box 548,   Lock Haven, PA 17745
13673531        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13658074       +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2018 03:11:14
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13718112       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 03:14:25      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13658044       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 03:14:25      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13658045       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2018 03:13:06       Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13677158       +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2018 03:13:06       Ally Financial Inc.,
                 P O Box 130424,    Roseville, MN 55113-0004
13714577       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 01 2018 03:14:06       Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13658047       +E-mail/Text: matthartweg@cbjcredit.com Nov 01 2018 03:15:12       Cbj Credit Recovery,
                 117 W 4th St,    Jamestown, NY 14701-5005
13658050       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 01 2018 03:14:58       Cit/Fhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13658052       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2018 03:11:12        Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13673505       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 01 2018 03:14:58       Fingerhut/Metbk,
                 Post Office Box 166,    Newark, NJ 07101-0166
13673508       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 03:11:41      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13658057       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 03:11:42      Gecrb/Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
13658062       +E-mail/Text: BKRMailOPS@weltman.com Nov 01 2018 03:13:24      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13673517       +E-mail/Text: Bankruptcy@natfuel.com Nov 01 2018 03:14:14      National Fuel,    P.O. Box 2081,
                 Erie, PA 16512-2081
13658065       +E-mail/Text: bankruptcydepartment@tsico.com Nov 01 2018 03:15:02       Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
```

```
District/off: 0315-1          User: lmar                  Page 2 of 3                  Date Rcvd: Oct 31, 2018
                              Form ID: pdf900             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13741200          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 03:27:52
                   Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA   23541
13740845          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 03:11:49
                   Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
14364378          E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2018 03:13:40
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13667564          E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2018 03:11:53
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13673527          E-mail/Text: krandall@titusvillehospital.org Nov 01 2018 03:13:04     Titusville Area Hospital,
                   406 West Oak Street,    Titusville, PA 16354-1404
13673530         +E-mail/Text: BankruptcyNotice@upmc.edu Nov 01 2018 03:14:59     UPMC Northwest,
                   100 Fairfield Drive,    Seneca, PA 16346-2130
13673532         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 03:13:00
                   Verizon,    P.O. Box 3037,    Bloomington, IL 61702-3037
13673533         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 03:13:00
                   Verizon Wireless,    P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                                TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13658053          Fhut/Metbk
13658054          Fhut/Webbk
cr*               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA   98083-0788
13673491*        +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13673492*        +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
13673493*        +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13673494*         Cb Watertown,    Po Box 234,    Watertown, SD 57201-0234
13673495*        +Cbj Credit Recovery,    117 W 4th St,    Jamestown, NY 14701-5005
13673497*        +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13673498*        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13673499*        +Cit/Fhut,    6250 Ridgewood Road,    St Cloud, MN 56303-0820
13673502*        +Collection Service Ctr,    689 N Nermitage Road,    Hermitage, PA 16148-3237
13673503*        +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13673506*        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13673507*        +First United Natl Bank,    Po Box 7,    Fryburg, PA 16326-0007
13673509*        +Gecrb/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
13673510*        +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13673511*      ++++HOME LOAN SERVICES,    100 S COMMONS STE 150,    PITTSBURGH PA 15212-5359
                 (address filed with court:  Home Loan Services,     150 Allegheny Center Mal,
                   Pittsburgh, PA 15212)
13673512*        +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
13673513*        +I.C. Systems, Inc.,    P.O. Box 64378,    St Paul, MN 55164-0378
13673514*        +Kay Jewelers,    375 Ghent Rd,    Fairlawn, OH 44333-4600
13673515*        +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
13673516*        +National City Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13673518*        +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
13673519*         Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13673520*        +Northwest Cons Disco,    Po Box 1109,    Franklin, PA 16323-5109
13673522*        +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13673523*        +Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
13673524*        +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13673525*        +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13673526*        +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
13673528*         UGI Central Penn Gas,    PO Box 548,    Lock Haven, PA 17745
13673529*        +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
13658051        ##+Collection Service Ctr,    689 N Nermitage Road,    Hermitage, PA 16148-3237
13658067        ##+Northwest Cons Disco,    Po Box 1109,    Franklin, PA 16323-5109
                                                                                    TOTALS: 2, * 31, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: lmar                  Page 3 of 3                   Date Rcvd: Oct 31, 2018
                               Form ID: pdf900             Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Stacey L. Anderson ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Shawn D. Anderson ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```